CLOSED, LODGED_DOC

# Electronic Case Filing System
# District of Utah (Central)
# CIVIL DOCKET FOR CASE #: 2:08-cv-00355-TC
# Internal Use Only

Stey et al v. Davol et al
Assigned to: Judge Tena Campbell
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/06/2008
Date Terminated: 07/31/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jacqueline Stey** represented by **Kathleen S. Phinney**
3651 N 100 E STE 300
PROVO, UT 84604
(801)377-2619
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William D. Stey** represented by **Kathleen S. Phinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2008 | 1 | COMPLAINT against Davol, C.R. Bard, Inc. (Filing fee $ 350, receipt number 4681024139), filed by Jacqueline Stey, William D. Stey. (Attachments: # 1 Civil Cover Sheet) Assigned to Judge Judge Tena Campbell (las) (Entered: 05/06/2008) |
| 06/20/2008 | 2 | DOCUMENT LODGED consisting of: Non-double certified CTO, MDL 1842, in re Kugel Mesh Hernia Patch Products Liability Litigation (alt) (Entered: 06/23/2008) |
| 07/31/2008 | 3 | CLERKS ORDER: Conditional Transfer Order re: MDL 1842 in re: Kugel Mesh Hernia Patch Products Liability Litigation signed by Jeffery N. Luthi, Clerk of the Panel. This case is to be transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (ce) (Entered: 07/31/2008) |
| 07/31/2008 | 4 | NOTICE OF TRANSMITTAL that case has been transferred to District of Rhode Island via email to be included with MDL 1842, in re: Kugel Mesh Hernia Patch Products Liability Litigation. The following documents were forwarded: Complaint, CTO, Notice of Transmittal and the Docket. (ce) (Entered: 07/31/2008) |
| 07/31/2008 | | (Court only) ***Civil Case Terminated per transfer to District of Rhode Island re MDL 1842, in re: Kugel Mesh Hernia Patch Products Liability Litigation. (ce) (Entered: 07/31/2008) |